UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEREEN MOHIUDDIN, <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATION OF AMERICAN MEDICAL COLLEGES, <br><br> Defendant. | Civil Action No. 05-10084-DPW |

## NOTICE of DISMISSAL

Pursuant to F.R.C.P. Rule 41(a), Plaintiff herby gives notice of dismissal of this action with prejudice.

SHEREEN MOHIUDDIN
Plaintiff

TIM SINDELAR BBO# 557273
Bowman, Moos & Hilton
222 Third Street, Suite 3220
Cambridge, MA 0212
(617) 494 – 8808
Fax: (617) 494-8960

Dated: April 7, 2005